# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146880

MERCANTILE BANK MORTGAGE
COMPANY, L.L.C.,
        Plaintiff-Appellant,

v

MONROE APARTMENTS, L.L.C., *et al*,
        Defendants,
and

MADISON PROPERTY COMPANY, L.L.C.,
        Garnishee Defendant-Appellee,
and

BANK OF AMERICA, *et al*,
        Garnishee Defendants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146880
COA: 309884
Monroe CC: 09-028276-CK

On order of the Court, the application for leave to appeal the February 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

t0520